IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

STEPHEN MUNN                                                                                    PLAINTIFF

VERSUS                                                         CIVIL ACTION NO: 1:14cv428LG-RHW

CITY OF OCEAN SPRINGS, MISSISSIPPI, ET AL.                              DEFENDANTS

DEFENDANTS' MOTION TO DISMISS
OR IN THE ALTERNATIVE FOR MORE DEFINITE STATEMENT

COME NOW, City of Ocean Springs, Mississippi ("the City"), Lionel Cothern, Mark Dunston, Jonathan Grimes and Phillip Pearson ("Defendants"), by and through their counsel of record, Dogan & Wilkinson, PLLC, pursuant to Federal Rule of Civil Procedure 12(b)(6), and file this Motion to Dismiss for failure to state a claim. Alternatively, Defendants move for more definite statement.

WHEREFORE, for the reasons stated in the accompanying Memorandum in support of this Motion to Dismiss or in the Alternative for More Definite Statement, Defendants pray this Court will dismiss the Amended Complaint, or require Plaintiff to plead with more specificity as to the time and date and allegations so Defendants may properly assert all defenses available to them.

RESPECTFULLY SUBMITTED, this the 9th day of July, 2015.

                CITY OF OCEAN SPRINGS,
                MISSISSIPPI, LIONEL COTHERN,
                MARK DUNSTON, JONATHAN GRIMES
                and PHILLIP PEARSON, Defendants

    BY:  /s/ Amy Lassitter St. Pé
         Amy Lassitter St. Pé (MSB No. 100870)

Amy Lassitter St. Pé (MSB No. 100870)
John B. Edwards, II (MSB No. 9955)
James E. Lambert, III (MSB No. 104254)
Dogan, Wilkinson, Williams, Kinard, Smith & Edwards
734 Delmas Avenue (39567)
P.O. Box 1618
Pascagoula, MS 39568-1618
(228) 762-2272 (Phone)
(228) 762-3223 (Fax)

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

The undersigned attorney for Defendants does hereby certify that the foregoing was filed using ECF and that a true and correct copy was served electronically upon counsel for the plaintiff.

This the 9th day of July, 2015.

                                                  */s/ Amy Lassitter St. Pé*
                                                Amy Lassitter St. Pé (MSB No. 100870)